879 A.2d 155

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**David G. EBERSOLE, Jr., Petitioner.**

Supreme Court of Pennsylvania.

June 21, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of June, 2005, the petition for allowance of appeal is GRANTED. The Order of the Superior Court is VACATED and the matter is REMANDED to that court for disposition of the appeal on its merits. *See, Commonwealth v. Hess,* 570 Pa. 610, 810 A.2d 1249 (2002).